# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JOHN THORNES,<br><br>　　　　　Defendant,<br><br>CHRISTOPHER BURNELL; KYLE LARICK; and DOREEN THORNES,<br><br>　　　　　Relief Defendants. | Case No. 5:14-cv-01598-RGK-SP<br><br>**FINAL JUDGMENT AS TO RELIEF DEFENDANT DOREEN THORNES** |

The Securities and Exchange Commission having filed a Complaint and Relief Defendant Doreen Thornes ("Relief Defendant") having entered a general appearance; consented to the Court's jurisdiction over Relief Defendant and the subject matter of this action; consented to entry of this Final Judgment without admitting or denying the allegations of the Complaint (except as to jurisdiction and except as otherwise provided herein in paragraph IV); waived findings of fact and conclusions of law; and waived any right to appeal from this Final Judgment:

**I.**

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Relief Defendant is jointly and severally liable with Defendant John Thornes for disgorgement of $60,000, representing profits gained as a result of the conduct alleged in the Complaint.  Relief Defendant shall satisfy this obligation by paying $60,000 to the Securities and Exchange Commission pursuant to the terms of the payment schedule set forth in paragraph III below after entry of this Final Judgment. Relief Defendant may transmit payment electronically to the Commission, which will provide detailed ACH transfer/Fedwire instructions upon request.   Payment may also be made directly from a bank account via Pay.gov through the SEC website at http://www.sec.gov/about/offices/ofm.htm.  Relief Defendant may also pay by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission, which shall be delivered or mailed to:

    Enterprise Services Center

    Accounts Receivable Branch

    6500 South MacArthur Boulevard

    Oklahoma City, OK 73169

and shall be accompanied by a letter identifying the case title, civil action number, and name of this Court; Doreen Thornes as a relief defendant in this action; and specifying that payment is made pursuant to this Final Judgment.  Relief Defendant shall simultaneously transmit photocopies of evidence of payment and case

identifying information to the Commission's counsel in this action. By making payment, Relief Defendant relinquishes all legal and equitable right, title, and interest in such funds and no part of the funds shall be returned to Relief Defendant. The Commission shall send the funds paid pursuant to this Final Judgment to the United States Treasury. The Commission may enforce the Court's judgment for disgorgement and prejudgment interest by moving for civil contempt (and/or through other collection procedures authorized by law) after any payment becomes delinquent. Defendant shall pay post-judgment interest on any delinquent amounts pursuant to 28 U.S.C. § 1961.

## II.

Relief Defendant shall pay the total disgorgement due of $60,000 in four installments to the Commission according to the following schedule: (1) $15,000 on or before August 17, 2015; (2) $15,000 on or before December 15, 2015; (3) $15,000 on or before March 15, 2016; and (4) $15,000 on or before July 15, 2016. Payments shall be deemed made on the date they are received by the Commission. If Relief Defendant fails to make any payment by the date agreed and/or in the amount agreed according to the schedule set forth above, all outstanding payments under this Final Judgment, including post-judgment interest pursuant to 28 U.S.C. § 1961, minus any payments made, shall become due and payable immediately at the discretion of the staff of the Commission without further application to the Court.

## III.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Consent is incorporated herein with the same force and effect as if fully set forth herein, and that Relief Defendant shall comply with all of the undertakings and agreements set forth therein.

## IV.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that, solely for purposes of exceptions to discharge set forth in Section 523 of the Bankruptcy Code,

1  11 U.S.C. § 523, the allegations in the complaint are true and admitted by Relief
2  Defendant, and further, any debt for disgorgement, or other amounts due by Relief
3  Defendant under this Final Judgment or any other judgment, order, consent order,
4  decree or settlement agreement entered in connection with this proceeding, is a debt
5  for the violation of the federal securities laws or any regulation or order issued under
6  such laws, as set forth in Section 523(a)(19) of the Bankruptcy Code, 11 U.S.C.
7  §523(a)(19).

## V.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

## VI.

There being no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk is ordered to enter this Final Judgment forthwith and without further notice.

DATED: July 17, 2015

_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE